**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| John E. Kochel | : | |
| Debtor | : | Bankruptcy No. 07-16344 |

**ORDER**

AND NOW, this      day of          , 2007, it is

ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/31/07 and order dated 11/15/07 granting extension this case be and the same is hereby DISMISSED.

BRUCE I. FOX
United States Bankruptcy Judge

Missing Documents:    Disclosure of Aty Compensaiton
Chapter 13 Plan
Schedules A-J
Summary of Schedules
Statement of Current Monthly Income
Statement of Financial Affairs
Statistical Summary of Certain Liabilities